**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DONNA BARNES-DUNCAN, Plaintiff | ) | |
| v. | ) | Civil Action No. 17-02818 (ABJ) |
| LIEBNER AND POTKIN, LLC, *et al.*, Defendants. | ) | |

**ORDER**

Pursuant to Federal Rules of Civil Procedure 12(h)(3) and 58, and for the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction. It is

**FURTHER ORDERED** that defendants' motions to dismiss and request for sanctions, *see* Substitute Trustee's Mot. to Dismiss & Request for Imposition of Sanctions [Dkt. # 2]; Eugenie A. Lucas' Mot. to Dismiss & Request for Imposition of Sanctions [Dkt. # 7], and plaintiff's request for default judgment, will be **DENIED** as moot. *See* Pl.'s Mot. to Dismiss Def.'s Mot. & Pl.'s Mot. for J. by Default [Dkt. # 4].

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: November 28, 2018